TREG TAYLOR
ATTORNEY GENERAL

Katherine Demarest (Alaska Bar No. 1011074)
Helen E. Mendolia (Alaska Bar No. 2405051)
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
Telephone: (907) 269-5100
Email: kate.demarest@alaska.gov
Email: helen.mendolia@alaska.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Sierra Ott, on behalf of L.O., Chelsea Zimmerman, on behalf of E.Z., and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>State of Alaska, Department of Health, Heidi Hedberg, in her official capacity as Commissioner of the Department, Division of Public Assistance, and Deb Etheridge, in her official capacity as Director of the Division,<br><br>Defendants. | Case No.: 3:24-cv-00153-SLG |

**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO STAY BRIEFING ON DEFENDANTS' MOTION TO STAY DISCOVERY**

The State filed a Motion to Stay Discovery Pending Resolution of Motion to Dismiss on August 13, 2024.[1] Plaintiffs' opposition to this motion was due on August 27, but Plaintiffs filed neither an opposition nor a motion for an extension of that deadline.[2] Instead, they filed a motion to stay briefing on the State's motion—but not a motion to expedite that motion—and called it good.[3] Because the deadline for Plaintiffs' opposition to the Motion to Stay Discovery has passed without a stay or motion for an extension that is now ripe for decision, their Motion to Stay the briefing is moot.

In any event, the State does not object to delaying briefing on its Motion to Stay Discovery until after this Court decides its Motion to Dismiss, provided that in the interim, Plaintiffs do not serve any discovery on the State. To date, they have not.

Plaintiffs have asked the Court to stay briefing about discovery until the Court first decides whether it has jurisdiction.[4] But Plaintiffs' deadline to oppose the Motion to Dismiss passed on August 26 and the Plaintiffs neither filed an opposition nor requested an extension of the deadline.[5] Instead, they filed a Motion to Stay Briefing on the Motion

---

[1]  Docket 13.

[2]  *See* Local Civil Rule 7.2 (oppositions to motions other than those brought under Fed. R. Civ. P. 12(b), 12(c), or 56 must be filed within 14 days of service).

[3]  Docket 16.

[4]  Docket 16 at 1–2 ("The plaintiffs . . . hereby move this Court for an order staying briefing on the *Defendants' Motion to Stay Discovery Pending Resolution of Motion to Dismiss* until this Court first decides whether it has jurisdiction over this case . . . ."); Docket 16 at 2 ("[P]laintiffs request that this Court stay the briefing on the *Defendants' Motion to Stay Discovery Pending Resolution of Motion to Dismiss* until this Court first decides whether it has jurisdiction over this case upon removal.").

[5]  The State filed its Motion to Dismiss on August 5, 2024, and Local Civil Rule 7.2 provides that the opposition is due 21 days after service.

*Ott, et al. v. SOA, et al.*  Case No.: 3:24-cv-00153-SLG
Response to Motion to Stay Briefing on Motion to Stay Discovery  Page 2 of 4
Case 3:24-cv-00153-SLG   Document 20   Filed 08/28/24   Page 2 of 4

to Dismiss—again with no motion to expedite—and ignored the existing deadlines.[6] In order for the Court to decide whether it has jurisdiction, (as Plaintiffs say the Court must do before deciding whether discovery should commence) Plaintiffs must brief the issues raised in the Motion to Dismiss.

In light of the foregoing, the State respectfully requests that the Court deny Plaintiffs' Motion to Stay Briefing on Defendants' Motion to Stay Discovery as moot. Alternatively, if Plaintiffs agree not to propound discovery until the Court decides the jurisdictional issue, the State does not oppose a stay of briefing.

DATED: August 28, 2024.

                    TREG TAYLOR
                    ATTORNEY GENERAL

By:   */s/Katherine Demarest*
      Katherine Demarest
      Assistant Attorney General
      Alaska Bar No. 1011074
      Department of Law
      1031 West Fourth Avenue, Ste. 200
      Anchorage, AK 99501
      Phone:  (907) 269-5100
      Email:  kate.demarest@alaska.gov
      Attorney for Defendants

      Helen E. Mendolia
      Alaska Bar No. 2405051
      Assistant Attorney General
      Department of Law
      1031 West Fourth Avenue, Ste. 200
      Anchorage, AK 99501
      Telephone: (907) 269-5275
      Email: helen.mendolia@alaska.gov

---

[6] Docket 12.

*Ott, et al. v. SOA, et al.*                                            Case No.: 3:24-cv-00153-SLG
Response to Motion to Stay Briefing on Motion to Stay Discovery      Page 3 of 4
Case 3:24-cv-00153-SLG   Document 20   Filed 08/28/24   Page 3 of 4

Certificate of Service

I certify that on August 28, 2024, the foregoing **Response to Motion to Stay Briefing on Motion to Stay Discovery** was served via ECF on:

James J. Davis, Jr.
Northern Justice Project, LLC (Anchorage)
406 G Street, Suite 207
Anchorage, AK 99501
jdavis@njp-law.com

Goriune Dudukgian
Northern Justice Project, LLC (Anchorage)
406 G Street, Suite 207
Anchorage, AK 99501
gdudukgian@njp-law.com

Nicholas Feronti
Northern Justice Project, LLC (Anchorage)
406 G Street, Suite 207
Anchorage, AK 99501
nferonti@njp-law.com


*/s/Katherine Demarest*
Katherine Demarest
Assistant Attorney General

*Ott, et al. v. SOA, et al.* Case No.: 3:24-cv-00153-SLG
Response to Motion to Stay Briefing on Motion to Stay Discovery Page 4 of 4
Case 3:24-cv-00153-SLG   Document 20   Filed 08/28/24   Page 4 of 4